[S. F. No. 16221. In Bank. Apr. 2, 1942.]

In re JOSEPH P. LACEY for Readmission to The State Bar of California.

[Former denial of application for readmission (11 Cal. (2d) 699).]

Edwin V. McKenzie, Walter E. Hettman, Edward P. Murphy and Leo Friedman for Petitioner.

(894)

THE COURT.—In accordance with the report and recommendation of the Board of Governors of The State Bar of California, it is ordered that Joseph P. Lacey be reinstated as a member of The State Bar of California, upon payment of the fees and taking the oath required by law.